a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JAMAL ABDIRIZAK JAMA, Petitioner | CIVIL DOCKET NO. 6:26-CV-00425 SEC P |
| VERSUS | JUDGE VAN HOOK |
| BRIAN ACUNA ET AL, Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## ORDER

Petitioner Jamal Abdirizak Jama ("Jama") filed a Petition for Writ of Habeas Corpus (ECF No. 1), and the Clerk of Court issued summonses on February 11, 2026. ECF No. 2. The record does not indicate whether the Petition was served.

The Clerk granted Jama's request for expedited briefing (ECF No. 5), but Jama must still perfect service of process. Accordingly, IT IS ORDERED that within seven days of the date of this Order, Petitioner file an Affidavit of Service. *See* Fed. R. Civ. P. 4(l).

SIGNED on Thursday, March 12, 2026.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE