a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JAMAL ABDIRIZAK JAMA, Petitioner | CIVIL DOCKET NO. 6:26-CV-00425 SEC P |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| BRIAN ACUNA ET AL, Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

# MEMORANDUM ORDER

Petitioner Jamal Abdirizak Jama ("Jama") filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 challenging his immigration detention. To determine whether Jama is entitled to relief,

IT IS ORDERED that, within 14 days, Respondents supplement the record with:

1. Any documents reflecting Jama's initial apprehension, processing, and custody classification following his April 2023 entry, including any Form I-213, Notice to Appear, or Form I-286;

2. Any document authorizing or memorializing Jama's release from immigration custody and the conditions of that release, including any Form I-220A, Form I-94, parole document, order of release, custody determination, or alternatives-to-detention record;

3. Any document relating to Jama's December 3, 2025 re-arrest or the termination, cancellation, or revocation of his prior release, including any Form I-200, warrant, notice, custody decision, or determination concerning a violation of release conditions, dangerousness, or flight risk, and any process afforded before re-detention; and

4. The Immigration Judge's most recent decision or removal order, any custody or bond decision, and documentation reflecting the present status of Jama's appeal before the Board of Immigration Appeals.

SIGNED on Wednesday, September 9, 2026.

JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE